## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| VICKIE MILLER,<br><br>   *Plaintiff*,<br><br>v.<br><br>FORD MOTOR COMPANY,<br><br>   *Defendant.* | Removed from the Third Judicial Circuit of Michigan, Wayne County<br>No. 23-015016-CD<br><br><br>Civil Action No. _____ |

### **APPEARANCE**

TO: Clerk of the Court

**PLEASE ENTER THE APPEARANCE** of Reginald G. Dozier as counsel of record on behalf of Defendant Ford Motor Company in connection with the above-captioned cause of action.

         Respectfully submitted,

         LEWIS & MUNDAY, P.C.

         By: */s/ Reginald G. Dozier*
         Reginald G. Dozier(P38054)
         Attorney for Defendant
         220 West Congress Street, Suite 500
         Detroit, MI 48226
         (313) 961-2550/Fax (313) 961-1270
Dated: December 27, 2023    rdozier@lewismunday.com

## **CERTIFICATE OF SERVICE**

Raylin M. Talbert states that on December 27, 2023, she caused a copy of an *Appearance*, *Notice of Appearance* and this *Certificate of Service*, to be electronically filed with the Court filing system which will automatically serve counsel of record.

>*/s/ Raylin M. Talbert*
>Raylin M. Talbert